**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lileth Scott,<br>Plaintiff,<br>v.<br>Ur M Jaddou, et al.,<br>Defendants. | No. CV-25-03395-PHX-JZB<br>**ORDER** |

Pending before the Court is the United States of America's "Motion for a Stay in Light of Lapse of Appropriations" (doc. 12). In light of the reopening of the Federal Government on November 12, 2025, the Court will deny the motion as moot.

Accordingly,

**IT IS ORDERED** that the United States of America's Motion for a Stay in Light of Lapse of Appropriations (doc. 12) is **DENIED AS MOOT**.

Dated this 13th day of November, 2025.

Honorable John Z. Boyle
United States Magistrate Judge